IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**
*et al.*,

    **Plaintiffs,**

vs.                                                CASE NO. 5:01-CV-085-SPM

**NICON, INC.,** *et al.*,

    **Defendants.**
_____/

**AMERICAN SAFETY CASUALTY INS. CO.,**

    **Third-Party Plaintiff,**

vs.

**NICON ABATEMENT, INC., et al.,**

    **Third-Party Defendants.**
_____/

**ORDER ON DEFENDANT RUSSELL ALONZO'S BANKRUPTCY**

**THIS CAUSE** comes before the Court upon the "Periodic Status Report" (doc. 183) filed May 2, 2005, in which defendant Russell Alonzo's counsel advises that on April 20, 2005, Alonzo received a discharge in bankruptcy case 8:03-BK-07212-PMG in the United States Bankruptcy Court for the Middle

District of Florida (Alonzo filed his suggestion of bankruptcy on November 5, 2004; *see* doc. 171).  A discharge order under the Bankruptcy Code "does not extinguish the debt itself, but merely releases the debtor from personal liability for the debt."  Hall v. Nat'l Gypsum Co., 105 F.3d 225, 229 (5th Cir. 1997).

Pursuant to the applicable provisions of the Bankruptcy Code, it is

**ORDERED AND ADJUDGED** as follows:

1. The discharge in bankruptcy case 8:03-BK-07212-PMG in the United States Bankruptcy Court for the Middle District of Florida is acknowledged.

2. Defendant Russell Alonzo is *released* from all personal liability in the instant case.

3. Creditor parties are enjoined from proceeding against Alonzo or attempting in any manner to collect debt owed them by Alonzo related to this case.

**DONE AND ORDERED** this sixteenth day of May, 2005.

       *s/ Stephan P. Mickle*

       Stephan P. Mickle
       United States District Judge

/pao